UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 7:21-CR-07-REW |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| ZACHARY BUTLER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the Recommended Disposition (DE 34) of United States Magistrate Judge Edward B. Atkins, addressing Defendant Zachary Butler's guilty plea as to Count 2 of the Indictment in this case (DE 1). Defendant appeared before Judge Atkins on August 30, 2021. *See* DE 31. After consenting to plead before a United States Magistrate Judge, and engaging in a full Rule 11 colloquy, Butler proceeded to plead guilty to Count 2. *See* DE 32 (Consent); DE 34 at ¶¶ 1-2. Judge Atkins found Defendant competent to plead and concluded that Butler's plea was knowing and voluntary; he further found that an adequate factual basis supported the plea as to each essential element of the offense charged in the Indictment. DE 34 at ¶ 3. Accordingly, Judge Atkins recommended the Court accept Defendant's plea and adjudge him guilty as charged. *Id.* at ¶ 4.

Neither Butler nor the Government objected to DE 34 within the allotted three business-day period. *See id.* at 2. While this Court reviews *de novo* those portions of a Report and Recommendation to which a party objects, *see* 28 U.S.C. § 636(b)(1), it is not required to "review . . . a magistrate [judge]'s factual or legal conclusions, under a *de novo* or any other standard, when

1

neither party objects to those findings." *Thomas v. Arn*, 106 S. Ct. 466, 472 (1985). Where the parties do not object to the magistrate judge's recommended disposition, they waive any right to review. *See* FED. R. CRIM. P. 59(b); *United States v. White*, 874 F.3d 490, 495 (6th Cir. 2017) ("When a party . . . fails to lodge a specific objection to a particular aspect of a magistrate judge's report and recommendation, we consider that issue forfeited on appeal."); *see also United States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008) (noting that "[t]he law in this Circuit is clear" that a party who fails to object to a magistrate judge's recommendation forfeits the right to appeal its adoption).

The Court thus **ADOPTS** the Recommended Disposition (DE 34), accepts the plea, and **ADJUDGES** Defendant guilty of the offense charged in Count 2 of the Indictment.[1] An Order scheduling Defendant's sentencing will follow. Butler's custodial status, per the record, remains as detained.

This the 7th day of September, 2021.

Signed By:
*Robert E. Wier*
United States District Judge

---

[1] Per the plea agreement (DE 33), the United States agrees to move at sentencing to dismiss additional charges against Butler in Case No. 21-CR-07.